FILED

JAN 18 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CRIMINAL NO. 16-CR-30128-DRH |
| vs. | ) | SUPPRESSED |
| CEDRIC L. FRAZIER, Defendant. | ) | Title 21, United States Code Sections 841(a)(1); (b)(1)(C); and |
| JASON R. HAMPTON, Defendant. | ) | Title 21, United States Code Section 846 |
| and | ) | Title 18, United States Code Section 2 |
| IGNACIO GONZALEZ, Defendant. | ) | |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**CONSPIRACY TO DISTRIBUTE COCAINE**

From 2015 until on or about May 13, 2016, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**CEDRIC L. FRAZIER,**
**JASON R. HAMPTON, and**
**IGNACIO GONZALEZ,**

defendants herein, did conspire and agree together, and with others both known and unknown to the Grand Jury, to knowingly and intentionally distribute, and possess with intent to distribute, cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); all in violation of Title 21, United States Code § 846.

**COUNT 2**
**POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**

On or about May 14, 2016, in St. Clair County, within the Southern District of Illinois,

**JASON R. HAMPTON,**

Defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code Section 2.

**FORFEITURE ALLEGATIONS**
**FORFEITURE OF FIREARM**

Upon conviction of the offenses alleged in this Indictment, defendant **JASON R. HAMPTON** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in this Indictment, including, but not limited, to the following: a Ruger LCP .380 caliber automatic, bearing serial number 371437179, and any and all ammunition contained therein or seized therewith.

**A TRUE BILL**

[redacted]

ROBERT L. GARRISON
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond as to Defendant Gonzalez: $2,500 bond unsecured