IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO GONZALEZ,<br><br>Defendant. | Case No. 3:16-CR-30128-NJR-3 |

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Early Termination of Supervised Release filed by Defendant Ignacio Gonzalez. (Doc. 313). Gonzalez seeks early termination of his three-year period of supervised release after serving over one and a half years of the term. (*See* Docs. 237, 313, 317). The Government and United States Probation Office do not oppose the motion. (Doc. 317).

Under 18 U.S.C. § 3583(e)(1), "[t]he court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]"

In March 2018, now-retired United States District Judge David R. Herndon sentenced Gonzalez to 87 months in prison and three years of supervised release. (Doc. 237). Gonzalez's term of supervised release began in August 2023. (Docs. 313, 317).

Thus, he has now served more than a year of his term.

In his motion, Gonzalez reports that he has readapted to society and become a family-oriented person who has learned his lesson. (Doc. 313). He asserts that he has served more than half of his term of supervised release and has complied with all requirements. (*Id.*). Gonzalez is currently being supervised in the Southern District of Texas. The United States Probation Office for the Southern District of Texas reports that Gonzalez has been in total compliance, has no violations, is employed, and is doing well. (Doc. 317). Gonzalez has been moved to a "low threat" caseload and reports online monthly. (*Id.*). In addition, the United States Probation Office in this District reviewed Gonzalez's presentence investigation report and found that no available information should preclude him from receiving early termination of supervised release. (*Id.*).

After considering Gonzalez's motion, the 18 U.S.C. § 3553(a) factors, and noting that the Government and Probation Office do not oppose the request, the Court finds that early termination of Gonzalez's supervised release is warranted by his conduct and in the interest of justice.

Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Ignacio Gonzalez (Doc. 313) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

IT IS SO ORDERED.

DATED:   March 25, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**